UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENA BYERSDORF,

      Plaintiff,

    v.

TODD BYERSDORF, and the INTERNAL REVENUE SERVICE,

      Defendants.

Case No.  C06-5093RJB

ORDER

This matter comes before the Court on Defendant United States of America's Motion for Order to Extend Time to Respond.  Dkt. 4.  The Court has reviewed all documents filed regarding this Motion, has reviewed the entire file, and is fully advised.

Pursuant to 28 U.S.C. § 2410, the motion should be granted and the United States should be given up to sixty days from the date of proper service of the Complaint and summons on the United States to respond.

Therefore, it is hereby,

**ORDERED** that the Defendant's Motion for Order to Extend Time to Respond (Dkt. 4) is GRANTED.  The United States has up to sixty days from the date of proper service of the Complaint and summons on the United States to respond.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of March, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1